UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JAN 22 AM 10: 33

'08 MJ 0163

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No._____ |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | |
| **Kasshim Eduardo LUGO-Valdez** | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Aliens Without Presentation |
| Defendant, | |

The undersigned complainant being duly sworn states:

On or about **January 18, 2008** at the **San Ysidro Port** of Entry, within the Southern District of California, defendant **Kasshim Eduardo LUGO-Valdez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Dario PLASCENCIA-Sanchez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
Claudia Rios U.S. Customs and Border
Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **22nd** day of **January, 2008**.

_____
United States Magistrate Judge

# PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Roger Quintana Jr., declare under penalty of perjury the following to be true and correct:

The complainant states that **Dario PLASCENCIA-Sanchez** is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 18, 2008 at approximately 3:18 AM, **Kasshim Eduardo LUGO-Valdez (Defendant)** applied for entry into the United States from Tijuana, Mexico at the San Ysidro, California Port of Entry through vehicle primary lane 16. Defendant was the driver and sole visible occupant of a white 1994 Crown Victoria LX. During primary inspection before a Customs and Border Protection Officer, Defendant presented his valid Mexican Passport that contained the appropriate Legal Permanent Resident Stamp for entry and claimed ownership of the vehicle. Defendant stated he was going to work in Chula Vista, California and claimed he was not bringing anything back from Mexico. During a cursory inspection of the vehicle, the primary officer peered into the trunk and noticed a space discrepancy. A closer inspection revealed a person between the trunk and the backrest of the vehicle. Defendant was taken into custody and escorted to secondary for further investigation. The vehicle was driven into secondary for further inspection.

In secondary, a Hispanic male was discovered concealed in a compartment located between the rear seat and the trunk of the vehicle. The male extracted from the compartment was later identified as **Dario PLASCENCIA-Sanchez (Material Witness)**, a Mexican citizen with no proper documents to enter or reside into the United States.

Defendant was advised of his Miranda rights and elected to make a statement and answer questions without a lawyer present. Defendant admitted he was smuggling an undocumented alien for financial gain. Defendant stated he was going to receive a sum of $600.00 USD for the smuggling act. Defendant stated he made the smuggling arrangements with a male in Tijuana, Mexico. Defendant stated he was going to drive and drop off the vehicle at the Jack in the Box in San Ysidro Boulevard.

Material Witness was interviewed and gave the following declaration: Material Witness declared being a citizen of Mexico with no entitlements to enter or reside in the United States. Material Witness stated he intended to travel to New Mexico to seek employment. Material Witness stated he was being charged a fee of $4,000.00 USD for being smuggled into the United States.

Executed on this 18th day of January, 2008 at 3:00 PM.

_____
Roger Quintana Jr. / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on **January 18, 2008** in violation of Title 8, United States Code, Section 1324.

_____    1/19/08 @ 11:11 a.m.
U.S. Magistrate Judge    Date / Time